UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 A 11: 54

---

SAMUEL COOPER, ALBERT FERGUSON,
and HERBERT H. MILLER, JR., on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

PACIFIC LIFE INSURANCE COMPANY and
PACIFIC SELECT DISTRIBUTORS, INC.,

        Defendants.

Civil Action
No. CV 203-131

---

## ORDER GRANTING MOTION TO SEAL DOCUMENTS

The parties have filed a Joint Motion To Seal Documents.

**IT IS HEREBY ORDERED THAT:**

Said motion is **GRANTED**.

The Clerk is directed to seal the Appendix in Further Support of Plaintiffs' Motion for Class Certification (Volumes I and II), reflected on the docket as entries 69 and 70.

**SO ORDERED**, this 6th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:03-cv-00131
Date Served: May 6, 2005
Served By: Sherry L. Taylor

Attorneys Served:

John B. Long, Esq.
Thomas W. Tucker, Esq.
Michael Champlin Spencer, Esq.
Janine L. Pollack, Esq.
Brian C. Kerr, Esq.
Lee A. Weiss, Esq.
Kurt Wm. Hemr, Esq.
James R. Carroll, Esq.
Wallace E. Harrell, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

✓ Copy given to Magistrate