# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SAMUEL COOPER, ALBERT FERGUSON and HERBERT H. MILLER, JR., on behalf of themselves and all others similarly situated, : : : : | | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC SELECT DISTRIBUTORS, INC., | : : : | |
| Defendants. | : | NO. CV203-131 |

## O R D E R

Upon Suggestion of two minor alterations to the Class Notice and Summary Notice contained in the Order of August 5, 2005: Paragraph 15 of the Class Notice should state that the class was certified on May 9, 2005, rather than on May 9, 2003, and that the Notice should include the website address of the Notice Administrator and contact information for Milberg Weiss

in the Summary Notice, the same should be and is hereby **GRANTED**.

**SO ORDERED**, this 6th day of September, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

J. Carroll
W. Harrell
K. Hemr
B. Kerr
J. Long
J. Pollack
M. Spencer
T. Tucker
L. Weiss

CASE NO: CV203-131
DATE SERVED: 9/6/05
SERVED BY: slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate