U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
3:10 P.M.
4-13, 20 06
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SAMUEL COOPER, ALBERT FERGUSON, AND HERBERT H. MILLER, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY; AND PACIFIC SELECT DISTRIBUTORS, INC.,<br><br>Defendants. | Civil Action No. CV 203-131<br><br>CLASS ACTION<br><br>Honorable Anthony A. Alaimo<br><br>**[PROPOSED] REVISED SCHEDULING ORDER** |

Upon Plaintiffs' Motion for Partial Reconsideration of the April 4, 2006 Order, IT IS HEREBY ORDERED that:

1. Plaintiffs shall serve their Memorandum in Opposition to Defendants' Motion to Decertify and any supporting papers no later than April 24, 2006.

2. Fact discovery shall be completed by June 22, 2006.

3. The remainder of the September 27, 2005 Scheduling Order shall remain in effect.

IT IS SO ORDERED, this 13th day of April, 2006.

_____
The Honorable James E. Graham
Magistrate Judge, United States District Court
Southern District of Georgia, Brunswick Division