IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SAMUEL COOPER, ALBERT FERGUSON, and HERBERT H. MILLER, JR., on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION NO.: CV203-131 |
| PACIFIC LIFE INSURANCE COMPANY, and PACIFIC SELECT DISTRIBUTORS, INC., | : | |
| Defendants. | : | |

## ORDER

The undersigned's October 13, 2006, Order is hereby amended to allow Defendant Pacific Life to file a memorandum of law up to 40 pages in length (exclusive of the cover page, tables of contents and authorities, and certificate of service).

**SO ORDERED**, this 16th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)