UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13 P 12: 08

CLERK
SO. DIST. OF GA.

SAMUEL COOPER, *et al.*, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.

PACIFIC LIFE INSURANCE COMPANY and PACIFIC SELECT DISTRIBUTORS, INC.,

   Defendants.

Civil Action No. CV 2:03-131

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL PLAINTIFFS' BRIEFS AND AFFIDAVIT FILED IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS

Having read and considered Plaintiffs' Unopposed Motion To Seal Plaintiffs' Briefs And Affidavit Filed In Opposition To Defendants' Motions For Summary Judgment And Daubert Motions, said Motion is hereby GRANTED.

Pursuant to S.D. Ga. Local Rule 79.7(d)(3), the Clerk shall place the contents of the following documents under seal:

 a. Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion To Preclude Proposed Expert Testimony Of Craig J. McCann, And To Bar Comparisons To Other Investments (Pacific Life's Daubert Motion #1 / Motion In Limine #1);

 b. Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion To Preclude Proposed Expert Testimony Of Tom Bakos, And To Bar Reference To Pacific Life Variable Annuity Contracts As "Tax Shelters" (Pacific Life's Daubert Motion #2 / Motion In Limine #2); and

 c. Sealed Transmittal Affidavit of Michael C. Spencer.

In the Clerk's discretion, the front page of the documents may be placed on the Court's electronic records filing system for public access.

SO ORDERED this 13th day of December, 2006.

*[signature]*
The Honorable James E. Graham
United States Magistrate Judge
United States District Court
Southern District of Georgia
Brunswick Division