IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13 P 12: 08

CLERK_____
SO. DIST. OF GA.

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

   Plaintiffs,

vs.            CIVIL ACTION NO.: CV203-131

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

   Defendants.

## ORDER

  Defendants have filed a Motion in Limine to Preclude Reference to the Insurance Marketplace Standards Association, or "IMSA." ("Motion in Limine #6," Doc. No. 158). Defendants contend that its membership in IMSA is entirely voluntary and that therefore IMSA's standards are completely irrelevant to the issue of whether Defendants violated federal securities laws. Defendants also assert that IMSA standards cannot be offered as evidence of industry practice because first, it would be hearsay, and second, the standards are aspirational. Finally, Defendants allege that Plaintiffs should not be allowed to contend that IMSA membership was motivated by a desire to mitigate liability under the corporate criminal sentencing guidelines as there is no basis for this position.

  Plaintiffs assert that Defendants have submitted certain required documentation to maintain its membership in IMSA, including information on its policies and procedures on

AO 72A
(Rev. 8/82)

various compliance issues impacting sales of variable annuities. Plaintiffs contend, therefore, that this documentation is relevant as evidence of Defendants' practices relating to the sale of variable annuities during the Class Period. Plaintiffs also assert that they do not seek to use IMSA documentation to suggest that Defendants contemplated criminal liability. Finally, Plaintiffs allege that questions to Defendants' experts regarding whether IMSA standards reflect industry practice are entirely appropriate subjects for expert testimony.

Because it appears that the evidence in question may have relevancy to an issue to be tried in this case, Defendants' Motion in Limine # 6 is **DENIED** at this time.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)