```
                                                      FILED
                                                U.S. DISTRICT COURT
                                                  BRUNSWICK DIV.
    IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF GEORGIA        2006 DEC 13  P 12: 09
             BRUNSWICK DIVISION

                                                CLERK_____
                                                  SO. DIST. OF GA.
```

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

      Plaintiffs,

vs.                                   CIVIL ACTION NO.: CV203-131

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

      Defendants.

## ORDER

Defendants have filed a Motion in Limine to Preclude Contentions that Misrepresentations Were Made to Nonqualified Purchasers of Variable Annuities. ("Motion in Limine #11," Doc. No. 163). Defendants contend that any suggestion that it made misrepresentations to nonqualified purchasers of variable annuities is untrue and irrelevant to any issue in this case. Defendants assert that this case is about its sale of variable annuities to qualified purchasers, and thus any reference to dealings with non-qualified purchasers will confuse the jury and cause prejudice. Plaintiffs contend that the issue is not whether Defendants made misrepresentations to non-qualified members, but instead is their allegation that tax deferral was the main economically valuable characteristic and selling point of the variable annuities, and that taken as a whole, Defendants' sales

AO 72A
(Rev. 8/82)

materials illustrate that point. Plaintiffs assert that they should be able to prove this point without the hindrance of having to exclude reference to non-qualified investors.

Defendants' Motion in Limine #11 is **DENIED** at this time. Should Plaintiffs seek to introduce evidence of this nature at any trial of this matter, the Court will rule on its admission at that time.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)