FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13  P 12: 0

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

SAMUEL COOPER, ALBERT            :
FERGUSON, and HERBERT H.         :
MILLER, JR., on behalf of themselves  :
and all others similarly situated,   :
                                 :
      Plaintiffs,               :
                                 :
      vs.                      :        CIVIL ACTION NO.: CV203-131
                                 :
PACIFIC LIFE INSURANCE COMPANY,  :
and PACIFIC SELECT DISTRIBUTORS, :
INC.,                            :
                                 :
      Defendants.               :

# O R D E R

Defendants have filed a Motion in Limine to Preclude Reference to Disqualification of Annuities.  ("Motion in Limine #14," Doc. No. 166).  Defendants seek an Order precluding reference by Plaintiffs to the disqualification of certain annuities under the tax laws.  Defendants contend that reference to such disqualifications are irrelevant to any issue in this case because Defendants' own annuities have never been disqualified by the tax laws.  Defendants assert that any reference to disqualification of other annuities in the past can only confuse and mislead the jury, and that such reference should be excluded as it may cause unfair prejudice.  Conversely, Plaintiffs contend that past instances of such disqualification are relevant to refute Defendants' contention that variable annuities, in general, do not have value based on their tax deferral characteristic.

AO 72A
(Rev. 8/82)

Defendants' Motion in Limine #14 is **DENIED** at this time.  Should Plaintiffs seek to introduce evidence of this nature at any trial of this matter, the Court will rule on its admission at that time.

**SO ORDERED**, this _13th_ day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2