FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13 P 12:0

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

   Plaintiffs,

vs.              CIVIL ACTION NO.: CV203-131

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

   Defendants.

## ORDER

  Defendants have filed a Motion in Limine to Preclude Reference to "Kickbacks." ("Motion in Limine #10," Doc. No. 162). Defendants seek an Order precluding reference by Plaintiffs to alleged payments it received in connection with variable annuity contracts and Plaintiffs' characterization of these payments as "kickbacks." Defendants contend that Plaintiffs have no basis for inferring any illegal or extortionate revenues on their part as the term "kickback" would imply, and that Plaintiffs should thus be barred from using the term as it might tend to prejudice the jury.

  Plaintiffs contend that they will not use the term "kickbacks" in the presence of the jury. Plaintiffs also contend, however, that they should be able to make reference to

AO 72A
(Rev. 8/82)

payments to Defendants in connection with variable annuity contracts, as revenues Defendants received in this regard are relevant to issues to be tried in this case.

Defendants' Motion in Limine #10 is **DENIED** at this time. Should Plaintiffs seek to introduce evidence of this nature at any trial of this matter, the Court will rule on its admission at that time.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)