FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13  P 12: 09

CLERK_____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT           :
FERGUSON, and HERBERT H.        :
MILLER, JR., on behalf of themselves  :
and all others similarly situated,

       Plaintiffs,          :

      vs.          :          CIVIL ACTION NO.: CV203- *131*
           131
               :

PACIFIC LIFE INSURANCE COMPANY;  :
and PACIFIC SELECT DISTRIBUTORS,  :
INC.,          :

       Defendants.          :

## O R D E R

      Defendants have filed a Motion in Limine to Preclude Contentions That Insurance Companies "Claim" to be Outside the Federal Securities Laws. ("Motion in Limine #7," Doc. No. 159).   Defendants contend that any assertion that it claims to be outside the scope of federal securities laws is incorrect, and that any suggestion of such would likely confuse and mislead the jury.  Plaintiffs assert that they will not claim that Defendants considers themselves immune from federal securities laws, but instead will contend that Defendants intentionally violated the federal securities laws.

AO 72A
(Rev. 8/82)

Defendants' Motion in Limine #7 is **DENIED** at this time, as there may be relevancy to the evidence in question.  Should Plaintiffs seek to introduce evidence of this nature or to question Defendants' experts as to the applicability of federal securities laws, the Court will resolve any objections Defendants have at that time.

**SO ORDERED**, this _13th_ day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)