

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13 P 12: 09

CLERK _____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT   :
FERGUSON, and HERBERT H.  :
MILLER, JR., on behalf of themselves :  CIVIL ACTION NO.: CV203-131
and all others similarly situated,  :
           :
   Plaintiffs,      :
           :
  vs.         :
           :
PACIFIC LIFE INSURANCE COMPANY, :
and PACIFIC SELECT DISTRIBUTORS, :
INC.,         :
           :
   Defendants.     :

## O R D E R

Defendants have filed a Motion in Limine to Preclude Reference to "Suitability Factors." ("Motion in Limine #8," Doc. No. 160). Defendants contend that Plaintiffs use the term "suitability factors" as a term of art referring to particular information used when determining whether an investment recommendation is suitable for a particular client. Defendants contend that this term was not in use in the securities industry during the Class Period, and that the term, even as defined by Plaintiffs, is not concrete. As a result, Defendants allege that use of the term would cause confusion and unfair prejudice and should be barred at trial. Conversely, Plaintiffs allege that the idea of "suitability factors" has been used in relevant industry

AO 72A
(Rev. 8/82)

publications and that the term does, in fact, have a clear meaning.  Plaintiffs assert that use of the term would not in any way confuse or mislead the jury.

Defendants' Motion in Limine #8 is **DENIED** at this time, as it does not appear that Plaintiffs' use of the term "suitability factors" will likely cause unfair prejudice or confusion.

**SO ORDERED**, this _13_ day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE