FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13  P 2: 30

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.                                  CIVIL ACTION NO.: CV203-131

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

    Defendants.

## ORDER

    Defendants have filed a Motion in Limine to Preclude Reference to State Insurance Statutes, State Administrative Proceedings and NASD Enforcement Actions. ("Motion in Limine #5," Doc. No. 157). Defendants contend that state statutes and state enforcement actions are irrelevant, since only Defendants' obligations under federal law are at issue in this case. Defendants assert that certain enforcement proceedings brought by the Minnesota Department of Commerce are irrelevant and would only confuse and mislead the jury. Defendants further contend that NASD (National Association of Securities Dealers) enforcement actions are irrelevant.

    Plaintiffs assert that there are contexts in which state and NASD enforcement actions against Defendants could be relevant at trial. Plaintiffs allege that while Defendants claim to have no role in the solicitation and sale of Pacific Life annuity

AO 72A
(Rev. 8/82)

contracts and exercise no oversight of sales practices, certain enforcement actions suggest otherwise, and that such evidence would be probative of that fact at trial.

Because it appears that the evidence in question may have relevancy to an issue to be tried in this case, Defendants' Motion in Limine #5 is **DENIED** at this time. Should Plaintiffs seek to introduce such evidence, the Court will rule on its admission given the context of the proffer at that time.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)