FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 DEC 13  P 2: 30

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.                              CIVIL ACTION NO.: CV203-131

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

    Defendants.

## ORDER

Defendants have filed a Motion in Limine to Preclude Reference to Its Size, Assets or Wealth ("Motion in Limine #15," Doc. No. 167). Defendants contend that references by Plaintiffs to Pacific Life's size or assets would have no probative value in this case, since punitive damages are unavailable to Plaintiffs. Defendants assert that such references could instead have a substantially unfair prejudicial effect on the jury.

Conversely, Plaintiffs contend that Pacific Life's financial performance is relevant and is probative of scienter. Plaintiffs allege that Defendants' actions were motivated by a profit interest. Thus, Plaintiffs assert, they should be able to introduce evidence of revenue generated by Defendants' variable annuity sales during the Class Period. Plaintiffs assert that they will not make reference to Pacific Life's size, assets, or wealth in any way that would result in prejudice.

AO 72A
(Rev. 8/82)

Defendants' Motion in Limine #15 is **DENIED** at this time.  Should Plaintiffs seek to introduce evidence of this nature at any trial of this matter, the Court will rule on its admission at that time.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)