IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.                        CIVIL ACTION NO.: CV203-131

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

    Defendants.

## ORDER

Defendants have filed a Motion in Limine to Preclude Reference to "Breakpoints." ("Motion in Limine #13," Doc. No. 165). Defendants seek an Order precluding reference by Plaintiffs to "breakpoint" discounts on mutual funds, discounts that are available to investors who invest large sums of money. Defendants contend that most class members in this case would never have been eligible for breakpoint discounts, so the suggestion that in purchasing a variable annuity any member was deprived of that benefit would be incorrect. Defendants contend that most class members did not make large enough investments to qualify for such discounts, and that in any event, the breakpoint discount varies from one mutual fund to another, and so availability to any particular class member would be speculative. Plaintiffs contend that the breakpoint discount issue is relevant to Defendants' scienter, in that the non-availability of such discounts with variable annuity sales motivated the sale of such annuities in lieu of other investment vehicles.


Defendants' Motion in Limine #13 is **DENIED** at this time. Should Plaintiffs seek to introduce evidence of this nature at any trial of this matter, the Court will rule on its admission at that time.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)