IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13 P 2:30

CLERK S. LaVictoire
SO. DIST. OF GA.

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

      Plaintiffs,

vs.

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

      Defendants.

CIVIL ACTION NO.: CV203-131

## ORDER

Defendants have filed a Motion in Limine to Preclude Reference to Opinions of "Experts" Regarding Variable Annuities. ("Motion in Limine #9," Doc. No. 161). Defendants contend that, during certain depositions, Plaintiffs have made references to unnamed financial "experts" on variable rate annuities. Defendants allege that these references should be barred as they do not meet the criteria for admission of expert testimony and would ultimately constitute hearsay. Conversely, Plaintiffs assert that questions about Defendants' knowledge of general expert opinion on the advisability of using variable annuities to fund qualified retirement plans is probative of Defendants' state of mind. Plaintiffs contend that they do not seek to elicit expert testimony that has not been disclosed, but instead seek to prove Defendants' scienter. Plaintiffs contend that such evidence of Defendants' awareness is not hearsay because it does not go to the truth of the matter asserted, but rather to show Defendants' state of mind.

AO 72A
(Rev. 8/82)

Defendants' Motion in Limine #9 is **DENIED** at this time. Should Plaintiffs seek to introduce evidence of this nature at any trial of this matter, the Court instructs that the term "authorities" or a similar term shall be used in lieu of the term "experts" so as not to mislead the jury.

**SO ORDERED**, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE