IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

        Plaintiffs,

vs.

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

        Defendants.

CIVIL ACTION NO.: CV203-131

## ORDER

As Matthew Kupillas has failed, after notice, to comply with the Local Rules of this Court regarding admission to appear *pro hac vice*, his name is hereby **stricken** from the record as counsel for the Plaintiffs.

SO ORDERED, this 5th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)