**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

SAMUEL COOPER, ALBERT
FERGUSON, and HERBERT H.
MILLER, JR., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

PACIFIC LIFE INSURANCE COMPANY,
and PACIFIC SELECT DISTRIBUTORS,
INC.,

    Defendants.

CIVIL ACTION NO.: CV203-131

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of R. Stephen Griffis, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 293.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Northern District of Alabama, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 3rd day of October, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE