IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 07-15136-GG

> FILED
> U.S. COURT OF APPEALS
> ELEVENTH CIRCUIT
>
> DEC 28 2007
>
> THOMAS K. KAHN
> CLERK

DAVID J. NELSON, on behalf
of himself and all others similarly
situated,
SAMUEL COOPER, on behalf
of himslf and all others similarly
situated, et al.,

　　　　　　　　　　　　　　　　　Plaintiffs,

RUTH JONES,

　　　　　　　　　　　　　　　　　Movant-Appellant,

versus

PACIFIC LIFE INSURANCE COMPANY,
PACIFIC SELECT DISTRIBUTORS, INC.,

　　　　　　　　　　　　　　　　　Defendants-Appellees.

----------------------------

On Appeal from the United States District Court for the
Southern District of Georgia
----------------------------

### ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal,

Fed.R.App.P. 42 and 11th Cir.R. 42-1(a), the above-referenced

appeal was duly entered dismissed this 28th day of December,

2007.

　　　　　　　　　　　　THOMAS K. KAHN
　　　　　　　Clerk of the United States Court
　　　　　of Appeals for the Eleventh Circuit

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

By: _/s/Tonya Richardson_____
　　　　Tonya Richardson
　　　　Deputy Clerk
　FOR THE COURT - BY DIRECTION

ORD-50
5/91

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 28, 2007

Scott L. Poff
Clerk, U.S. District Court
801 GLOUCESTER ST RM 229
BRUNSWICK  GA  31521-7075

**Appeal Number: 07-15136-GG**
Case Style: David J. Nelson v. Pacific Life Insurance Company
District Court Number:  03-00131 CV-111-2

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's
motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Richardson (404) 335-6176

Encl.

DIS-3 (6-2004)